UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

RECEIVED MAR 27 2009 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEQUIEL REYNA, et al. | ) |
| Plaintiffs. | ) |
| V. | ) MISC. ACTION NO. |
| THE MILLER FIRM, LLC | ) CV 09 80 058 MISC |
| Defendant. | ) |
| V. | ) SI |
| CITIBANK | ) |
| Garnishee. | ) |

### ORDER ON APPLICATION FOR WRIT OF EXECUTION

Before the Court is Plaintiffs' Application for Writ of Execution. After reviewing the Motion, the Court finds that the Motion should be GRANTED.

WHEREFORE, the Court has GRANTED the Application and will sign/date – or instruct the Clerk of the Court to sign/date – the Writ of Execution attached to the Plaintiffs' Application.

SIGNED this __31st__ day of __March__, 2009.

_____
JUDGE PRESIDING